UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

Margaret Zajac,                         Case No. HT03-06167
                                                Ch. 7.

     Debtor.

_____/

Conclusion of Sec. 341 Meeting

The trustee reports that the Sec. 341 meeting is concluded on the date set forth herein.

September 29, 2003                              __/S/_____
                                                         James W. Boyd, Trustee
                                                         412 S. Union
                                                         Traverse City, Mi 49684