UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

MARGARET A. ZAJAC,                                              Case No. HT03-06167

        Debtor.                                              Chapter 7
_____/

## STIPULATION BETWEEN TRUSTEE AND DEBTOR
## REGARDING NON-EXEMPT EQUITY IN REAL PROPERTY

      James W. Boyd, the duly appointed Chapter 7 Trustee in this matter, and Margaret A. Zajac, by and through her Attorney Paul I. Bare, hereby stipulate and agree as follows:

      1.    This matter was filed under Chapter 7 of the Bankruptcy Code on May 13, 2003. James W. Boyd is the duly appointed Chapter 7 Trustee.

      2.    The Debtor owns residential real property in Manistee, Michigan which had equity of approximately $45,000 as of the date of the bankruptcy filing. She has $17,425 in exemption available pursuant to 522(d)(5) of the Bankruptcy Code to apply to the equity, resulting in an overexemption of $27,575.

      3.    The Trustee and the Debtor agree that the Debtor will pay the sum of $27,575 in full satisfaction of the overexemption. She has executed a Mortgage Note providing for payment of the settlement funds in monthly installments for eight years. The Debtor has given the Trustee a mortgage on the subject property as security.

      4.    The Trustee intends to sell and assign all of the bankruptcy estate's rights and interest in said note and mortgage to a third party pursuant to Section 363 of the Bankruptcy Code.

      5.    This stipulation is subject to the approval of the Bankruptcy Court.

Dated: October 22, 2004          /s/_____
                                                  Paul I. Bare (P26843)
                                                  511 S. Union
                                                  Traverse City, MI 49684
                                                  (231) 946-4901

Dated: October 27, 2004          /s/_____
                                                  James W. Boyd, Trustee
                                                  412 South Union
                                                  Traverse City, MI 49684
                                                  (231) 947-7900