**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

In re:

MARGARET A. ZAJAC,                                    Case No. HT03-06167

           Debtor.                                         Chapter 7
_____/

**ORDER APPROVING MOTION**
**REGARDING NON-EXEMPT EQUITY IN REAL PROPERTY**

      At a session of said Court held in and for this District at Grand
Rapids, Michigan, on _____, 2004.

      PRESENT: HONORABLE JEFFREY R. HUGHES, Bankruptcy Judge

      This matter having been brought before the Court on the  Motion for Approval of
Stipulation Regarding Non-Exempt Equity in Real Property, no objections having been filed, and
the Court being fully advised in the premises,

      IT IS ORDERED that the settlement as set forth in the Stipulation Between Trustee and
Debtor Regarding Non-Exempt Equity in Real Property is approved.

Dated: _____                        _____
                                          Honorable Jeffrey R. Hughes
                                          Bankruptcy Judge