03-06167

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In the Matter of:<br><br>ZAJAC, MARGARET ANN<br><br><br>Debtor(s) | In Bankruptcy<br><br>Case No. 03-06167 GT<br><br>Chapter 7<br><br>Hon. JAMES D. GREGG |

## ORDER FOR PAYMENT OF DIVIDENDS

A final accounting was filed by the trustee in this case and the final accounting and a copy of the proposed order for payment of dividends was served on all creditors and other parties listed on the matrix. Creditors were given 30 days to object to (1) the payment of fees and expense of the trustee and professional persons, (2) to the transfer or destruction of records of the trustee, and (3) to the distribution of estate funds as proposed in this order. Creditors to whose claims the trustee has objected were given 30 days to request a hearing on those objections.

On this date, no objections have been filed and no hearings have been requested except those which have been resolved by separate order of this Court. THEREFORE,

IT IS ORDERED that the fees and expenses listed in the notice of final accounting (or as amended or disallowed by subsequent order of this Court) shall be paid pursuant to §330 of the Bankruptcy Code, and

IT IS ORDERED that the trustee may destroy or transfer books, documents and records now in his possession after 30 days from the date of this order, and

IT IS ORDERED that the claims to which the trustee objected and concerning which no request for hearing has been filed with the Court to this date shall be disallowed, and

IT IS ORDERED that the dividends shall be paid by the trustee to claimants as listed on this order.

Dated: JUL 2 1 2005

HON. JAMES D. GREGG
BANKRUPTCY JUDGE

I hereby certify that the proposed order for payment of dividends is correct and proper to the best of my knowledge and recommend approval by the Court.

Dated: _____

JAMES W. BOYD, TRUSTEE

NOTE:   PURSUANT TO RULE 3010, NO DIVIDEND OF LESS THAN $5.00 WILL BE DISTRIBUTED TO ANY CREDITOR, BUT WILL BE PAID TO THE COURT AS AN UNCLAIMED FUND. NO FURTHER ORDER OF THE COURT SHALL BE ISSUED TO EFFECT THIS PAYMENT.

Printed: 03/16/05 12:17 PM                                                                                                  Page: 1

# Claims Proposed Distribution

## Case: 03-06167  ZAJAC, MARGARET ANN

**Case Balance:** $19,304.65     **Total Proposed Payment:** $19,304.65     **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 6 | DOWNEY SAVINGS & LOAN ASSOC | Secured | 36,485.00 | 0.00 | 0.00 | 0.00 | 0.00 | 19,304.65 |
|  | JAMES W. BOYD <2200-00 Trustee Expenses> | Admin Ch. 7 | 21.44 | 21.44 | 0.00 | 21.44 | 21.44 | 19,283.21 |
|  | JAMES W. BOYD <2100-00 Trustee Compensation> | Admin Ch. 7 | 2,680.47 | 2,680.47 | 0.00 | 2,680.47 | 2,680.47 | 16,602.74 |
| ADM | JANET HARWOOD <3711-00 Appraiser for Trustee Fees> | Admin Ch. 7 | 200.00 | 200.00 | 0.00 | 200.00 | 200.00 | 16,402.74 |
| ADM | ZIMMERMAN KUHN DARLING BOYD et al <3120-00 Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 136.51 | 136.51 | 0.00 | 136.51 | 136.51 | 16,266.23 |
| ADM | ZIMMERMAN KUHN DARLING BOYD et al <3110-00 Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 3,727.50 | 3,727.50 | 0.00 | 3,727.50 | 3,727.50 | 12,538.73 |
| 1 | CAPITAL ONE | Unsecured | 8,717.17 | 8,717.17 | 0.00 | 8,717.17 | 1,379.71 | 11,159.02 |
| 2 | CAPITAL ONE | Unsecured | 8,717.17* | 0.00 | 0.00 | 0.00 | 0.00 | 11,159.02 |
| 3 | CAPITAL ONE | Unsecured | 2,586.20 | 2,586.20 | 0.00 | 2,586.20 | 409.33 | 10,749.69 |
| 4 | Fleet Credit Card Services, L.P. | Unsecured | 7,752.80 | 7,752.80 | 0.00 | 7,752.80 | 1,227.08 | 9,522.61 |
| 5 | Discover Bank | Unsecured | 12,026.97 | 12,026.97 | 0.00 | 12,026.97 | 1,903.57 | 7,619.04 |
| 7 | American Express Centurion Bank | Unsecured | 8,991.80 | 8,991.80 | 0.00 | 8,991.80 | 1,423.18 | 6,195.86 |
| 8 | B-Line, LLC/Collect America/MARYLAND NATIONAL BANK B-Line, L | Unsecured | 9,431.70 | 9,431.70 | 0.00 | 9,431.70 | 1,492.80 | 4,703.06 |
| 9 | B-Line,LLC/ChaseManhattan BankUSA,NA as successor in interest | Unsecured | 16,022.96 | 16,022.96 | 0.00 | 16,022.96 | 2,536.04 | 2,167.02 |
| 10 | B-Line,LLC/ChaseManhattan BankUSA,NA as successor in interest | Unsecured | 10,239.91 | 10,239.91 | 0.00 | 10,239.91 | 1,620.72 | 546.30 |
| 11 | WORLD'S FOREMOST BANK | Unsecured | 3,451.56 | 3,451.56 | 0.00 | 3,451.56 | 546.30 | 0.00 |
| 12 | Citibank (USA) N.A. | Unsecured | 7,631.47* | 7,631.47 | 0.00 | 7,631.47 | 0.00 | 0.00 |

(*) Denotes objection to Amount Filed

# Claims Proposed Distribution

## Case:  03-06167   ZAJAC, MARGARET ANN

| Case Balance: | $19,304.65 | | Total Proposed Payment: | $19,304.65 | | Remaining Balance: | $0.00 | |
|---|---|---|---|---|---|---|---|---|
| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
| | Total for Case 03-06167 : | | $138,820.63 | $93,618.46 | $0.00 | $93,618.46 | $19,304.65 | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $6,765.92 | $6,765.92 | $0.00 | $6,765.92 | 100.000000% |
| Total Secured Claims : | $36,485.00 | $0.00 | $0.00 | $0.00 | 0.000000% |
| Total Unsecured Claims : | $95,569.71 | $86,852.54 | $0.00 | $12,538.73 | 14.436803% |